**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00112-CR**
_____

**JERMAINE SHUNDRE BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 19-339519**

## MEMORANDUM OPINION

On August 20, 2020, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why he needed additional time for filing the record. The appellant did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 6, 2020
Opinion Delivered October 7, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2